U.S. DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Errin Lawson,<br>　　　　Plaintiff,<br><br>　v.<br><br>Thomas Williams, Robert McCarthy,<br>Timothy Gould, David Covell,<br>John Does, in their individual<br>capacities,<br>　　　　Defendants. | )<br>)<br>)<br>)　Civil No. 1:12-cv-11<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED MOTION TO DISMISS

　　NOW COMES Plaintiff Errin Lawson, by and through her undersigned counsel, and hereby moves pursuant to Fed. R. Civ. P. 41 to dismiss this matter with prejudice.  Defense counsel has authorized the undersigned to submit its consent to this motion.

　　DATED this 22nd day of March, 2014.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　 /s/ *Brian R. Marsicovetere*
　　　　　　　　　　　　　　　　　　Brian R. Marsicovetere, Esq.
　　　　　　　　　　　　　　　　　　Counsel for Mrs. Lawson
　　　　　　　　　　　　　　　　　　Marsicovetere Law Group
　　　　　　　　　　　　　　　　　　Post Office Box 799
　　　　　　　　　　　　　　　　　　White River Jct., VT 05001
　　　　　　　　　　　　　　　　　　802-296-6200 ext. 109
　　　　　　　　　　　　　　　　　　brian@rivercitylawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2014, I electronically filed the parties' Stipulated Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jana M. Brown and David R. Groff, Assistant Attorneys General.

By: /s/ *Brian R. Marsicovetere*
Brian R. Marsicovetere
Counsel for Plaintiff